[No. 42199-9-I.    Division One.    February 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08001-7, Norma Smith Huggins, J., entered January 23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42536-6-I.    Division One.    February 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05213-2, John M. Darrah, J., entered March 12, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43474-8-I.    Division One.    February 8, 1999.]

*In the Matter of the Marriage of* JACINDA LYNNE LARSEN, *Petitioner,* and KYLE ALLEN LARSEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-3-01125-1, Peter Jarvis, J., entered August 11, 1998. *Remanded* by unpublished per curiam opinion.

[No. 16103-0-III.    Division Three.    February 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO CARRAZCO RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00737-0, Carolyn A. Brown, J., entered August 23, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.